UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOHN AMATO, individually and on behalf of a
class of all persons similarly situated, PHILLIS
AMATO, individually and on behalf of a class
of all persons similarly situated,

    Plaintiffs,

v.                                                 Case No.  5:12-cv-148-Oc-10TBS

MORTGAGE INVESTORS CORPORATION
OF OHIO, INC.,

    Defendant.
_____

ORDER

    Pending before the Court is Plaintiffs' Unopposed Motion for Extension of Time to Move for Class Determination Under Rule 23(c)(1). (Doc. 11).  Pursuant to M.D. Fla. R. 3.01(g), counsel for Plaintiffs represents that Defendant's attorney has been contacted and has no objection to the requested extension of time.  (Id. at 5).  Upon due consideration, Plaintiffs' motion is hereby GRANTED.  Plaintiffs shall advise the Court of their proposed motion for class certification deadline within fourteen (14) days from the date of the Rule 26(f) conference.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on June 6, 2012.

THOMAS B. SMITH
United States Magistrate Judge

    Copies to all Counsel